UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. ASHLEY,<br>    Petitioner,<br>v.<br>DARIN YOUNG,<br>    Respondent. | Case No. 18-cv-05264-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because it was filed in the wrong venue.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 2, 2018

_____
SUSAN ILLSTON
United States District Judge